IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| MUKESH BHAKTA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 2:21-CV-197-Z |
| KRISU HOSPITALITY, LLC, | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

Of equal date herewith, the undersigned United States District Judge issued an order **DISMISSING** this action **WITH PREJUDICE**.

Judgment is rendered accordingly.

January 9, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE